BOWMAN AND BROOKE LLP
Lawrence R. Ramsey (SBN: 89833)
Anthony J. Parascandola (SBN: 140217)
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone No.: (310) 768-3068
Fax No.: (310) 719-1019

Attorneys for Defendant Schindler Elevator Corporation served as Doe 11

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOANOU an individual;<br><br>   Plaintiff,<br><br>vs.<br><br>SIMON PROPERTY GROUP, LP., a Delaware Limited Partnership; SIMON PROPERTY GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive;<br><br>   Defendants. | CASE NO.: 8:19-cv-02486JVS(DFMx)<br><br>(Removed from Orange County Superior Court Case No. 30-2019-01076981-CU-PO-CJC)<br><br>**ORDER ON JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Action Filed: June 13, 2019 |

  WHEREAS, the parties stipulate and agree this matter should be remanded and transferred to State Court in the County of Orange for further proceedings;

  IT IS HEREBY ORDERED that this matter is remanded to the Orange County Superior Court. All future hearing dates in this Court are hereby vacated.

Dated Feb 24, 2020

                    /s/ James V. Selna
                    Hon. James V. Selna